UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-21334-COOKE/GOODMAN

ESTHER COLLAR,

    Plaintiff,

v.

MICHAEL B. WILSON, et al.,

    Defendants.

_____/

ORDER DENYING PLAINTIFF'S MOTIONS
FOR REFERRAL TO VOLUNTEER ATTORNEY PROGRAM

Plaintiff Esther Collar, who is proceeding *pro se* and *in forma pauperis*, filed Motions for Referral to the Volunteer Attorney Program. [ECF Nos. 11-12]. United States District Judge Marcia G. Cooke referred all pretrial, non-dispositive matters to the Undersigned. [ECF No. 7]. The Undersigned **denies** the motions for the following reasons.

A party in a civil case has no constitutional or statutory right to counsel. *Bass v. Perrin*, 170 F. 3d 1312, 1320 (11th Cir. 1999). A court may appoint counsel to an indigent individual. The court, however, has broad discretion in making this decision. *Id.*

> Appointment of counsel in civil cases is, rather, a privilege "justified only by exceptional circumstances," such as the presence of "facts and legal issues [that] are so novel or complex as to require the assistance of a trained practitioner." The key is whether the *pro se* litigant needs help in

presenting the essential merits of his or her position to the court. Where the facts and issues are simple, he or she usually will not need such help.

*Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993) (quoting *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987)). The court will not appoint counsel simply because that individual would benefit from a lawyer's assistance. *See Turnquist v. Noll*, No. 10-80030, 2011 WL 4637011, at *2 (S.D. Fla. Oct. 5, 2011) (citing *Bass*, 170 F.3d at 1320).

Plaintiff's motions do not provide any exceptional reason entitling her to counsel. She does not claim her case involves novel or complex issues. To be sure, Plaintiff does indicate that she is proceeding *in forma pauperis* and that she is unable to afford a lawyer. Although the Undersigned is sympathetic to her financial situation, this reason alone is not sufficient to grant her motion. Accordingly, the Undersigned **denies** Plaintiff's motions.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on June 5, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

The Honorable Marcia G. Cooke

Esther Collar, *pro se*
14366 SW 98 Terrace
Miami, FL 33186