**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-21334-Civ-COOKE/GOODMAN**

ESTHER COLLAR,

     Plaintiff,

vs.

ORLANDO HOUSING AUTHORITY,

     Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING**
**CASE ON NOTICE OF SETTLEMENT**

     THIS MATTER is before the Court on the Plaintiff's notice of settlement (ECF No. 92). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or moving for dismissal under Rule 41(a)(2).

     A stipulation of final dismissal, or a motion for dismissal, must be filed within 30 days of this Order. In the event a stipulation of final dismissal is filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they ***must condition the effectiveness of the stipulation*** on this Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). The Clerk will ***administratively* CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

     **DONE and ORDERED** in Chambers, in Miami, Florida, this 31st day of March 2022.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*